

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00796-CV

TODD PENCARINHA, STEVEN MARSHALL AND ALTIRAS INDUSTRIAL
SERVICES, LLC, Appellants

V.

EMERGENT INDUSTRIAL SOLUTIONS, LP, Appellee

Appeal from the 334th District Court of Harris County.  (Tr. Ct. No. 2011-10780).

**TO THE 334TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 31st day of March 2015, the case upon appeal to revise
or to reverse your judgment was determined.  This Court made its order in these words:

> Appellants and appellee have filed an "Agreed Joint
> Motion to Dismiss Appeal."  After due consideration, the
> Court **grants** the motion to dismiss the appeal.  Accordingly,
> the Court **dismisses** the appeal.
>
> The Court **orders** that costs shall be taxed against the
> party incurring same.
>
> The Court **orders** that this decision be certified below
> for observance.

Judgment rendered March 31, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 5, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

